UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-cr-00418 JAR |
| GHUFRAN JABER, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about August 4, 2017, within the Eastern District of Missouri, the defendant,

**GHUFRAN JABER,**

being aided and abetted, counseled and induced by persons known to the United States Attorney, did embezzle, steal, purloin, and knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $735.28 in Missouri Medicaid payments.

In violation of Title 18, United States Code, Sections 641 and 2.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney

TRACY BERRY
Digitally signed by TRACY BERRY
Date: 2021.07.26 08:48:16 -05'00'

TRACY L. BERRY 014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| EASTERN DIVISION | ) |
| EASTERN DISTRICT OF MISSOURI | ) |

I, Tracy L. Berry, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

>  /s/ Tracy L. Berry
>  TRACY L. BERRY 014753 TN

Subscribed and sworn to before me this  26th  day of July 2021.



>  Gregory J. Linhares
>  CLERK, U.S. DISTRICT COURT

> By:   Deborah O'Leary
>  DEPUTY CLERK